In the Matter of the Claim of SADIE L. NELSON, Respondent, against ST. FRANCIS HOSPITAL and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Student nurse was employed by the hospital. Her remuneration consisted of room, maintenance, education and training. An award based thereon is proper. Award

unanimously affirmed, with costs to the State Industrial Board. Present —Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.